KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
DANIEL J. POWELL
Deputy Attorney General
State Bar No. 230304
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5830
  Fax: (415) 703-1234
  E-mail: Daniel.Powell@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID LITMON, JR.,** | C 10-03894 EMC |
| Plaintiff, | **STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |
| v. | ORDER |
| **EDMUND G. BROWN, JR., Governor of California; and KAMALA D. HARRIS, Attorney General of California,** | |
| Defendants. | |

## RECITALS

1. On September 12, 2011, the Court granted Defendants' Motion to Strike and Dismiss Plaintiff's First Amended Complaint. In its Order, the Court granted Plaintiff leave to file a Second Amended Complaint within thirty days of its Order.

2. On October 11, 2011, Plaintiff timely filed a Second Amended Complaint. Under Rule 15(a)(3) of the Federal Rules of Civil Procedure, defendants have fourteen days to respond to the Second Amended Complaint. Currently, defendants' response is due October 25, 2011.

3. The parties have agreed to provide defendants fourteen additional days in which to respond to the Second Amended Complaint, through and including November 8, 2011.

1

4. No other extensions of time have been requested in this case.

**STIPULATION**

Plaintiff in pro se, and defendants by and through their counsel hereby stipulate:

1. Defendants shall have until November 8, 2011 to respond to the Second Amended Complaint.

Dated: October 24, 2011                    Respectfully submitted,

                                                                                       KAMALA D. HARRIS
                                                                                       Attorney General of California
                                                                                       TAMAR PACHTER
                                                                                      Supervising Deputy Attorney General

                                                                                       /s/ Daniel J. Powell

                                                                                       DANIEL J. POWELL
                                                                                      Deputy Attorney General
                                                                                      *Attorneys for Defendants*

Dated: October 24, 2011                    /s/ David Litmon

                                                                                       DAVID LITMON
                                                                                      Plaintiff in *pro se*

I attest that concurrence in the filing of this document has been obtained from Plaintiff in pro se David Litmon.

/s/ Daniel J. Powell

By: Daniel J. Powell
Deputy Attorney General
Attorney for Defendant

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Edward M. Chen]*

2

Stipulation Extending Time for Defendants to Respond to Second Amended Complaint (C 10-03894 EMC)

# DECLARATION OF SERVICE BY ELECTRONIC MAIL AND U.S. MAIL

Case Name:   *David Litmon, Jr. v. Kamala D. Harris, et al.*

No.:   **C 10-03894 EMC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>October 24, 2011</u>, I served the attached **STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED COMPLAINT** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**David Litmon, Jr.**
**32314 Ruth Court**
**Union City, CA  94587**
**Email: litmonjr@yahoo.com**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 24, 2011, at San Francisco, California.

|            Susan Chiang             |       /s/ Susan Chiang       |
| :---------------------------------: | :--------------------------: |
|              Declarant              |          Signature           |

SA2010102904
20544806.doc